**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Rare Breed Triggers Patent Litigation | MDL No. 3176 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. write to notify the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached as Exhibits 1–9.

Dated:  June 15, 2026

Respectfully submitted,
By:   */s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
E-mail: colvin@fr.com
           bruce@fr.com

Ben Christoff
FISH & RICHARDSON P.C.
1000 Maine Ave, SW, Suite 100
Washington, DC 20024
(202) 783-5070
E-mail: christoff@fr.com

Glenn D. Bellamy
Ohio Bar No. 00700321
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
Tel: (513) 707-0243
E-mail: gbellamy@whe-law.com

***Attorneys for Plaintiffs
ABC IP, LLC and Rare Breed Triggers, Inc.***

1

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Rare Breed Triggers Patent Litigation | MDL No. 3176 |

## <u>SCHEDULE OF ACTIONS</u>

| | Plaintiffs | Defendants | Asserted Patents | Accused Product(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|---|---|
| 1 | ABC IP, LLC; Rare Breed Triggers, Inc. | John Faulkner d/b/a Firearms Depot | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; and 12,636,403 | Super Safety | N.D. Florida – Gainesville Div. | 1:26-cv-00126 | Judge Mark E. Walker |
| 2 | ABC IP, LLC; Rare Breed Triggers, Inc. | Mad River Firearm Co., LLC and Lane Boggs | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; and 12,636,403 | Super Safety Atrius Selector | S.D. Ohio – Columbus Div. | 2:26-cv-00664 | Judge Sarah D. Morrison |
| 3 | ABC IP, LLC; Rare Breed Triggers, Inc.; and RBTM LLC | Tactical Solutions Group, LLC; Christina Michelle Burke; and Ivan Burke | U.S. Patent Nos. 12,038,247, 12,031,784, 12,529,538, 12,578,159, and 12,636,403 | Super Safety Atrius Selector FRT Marks | S.D. Ohio – Dayton Div. | 3:26-cv-00165 | Judge Michael J. Newman |
| 4 | ABC IP, LLC; Rare Breed Triggers, Inc. | AR-15 Gun Owners of America, Inc. and Chris Allen Waltz | U.S. Patent Nos. 12,038,247, 12,031,784, 12,578,159, 10,514,223, 11,724,003, 12,036,336, 12,274,807, and 12,636,403 | Atrius Selector Disruptor | M.D. Georgia Macon Div. | 5:26-cv-00235 | Judge Marc T. Treadwell |
| 5 | ABC IP, LLC; Rare Breed Triggers, Inc. | CF Tactical, Inc. | U.S. Patent Nos. 12,038,247, 12,031,784, 12,578,159, and 12,636,403. | Atrius Selector | S.D. Texas – Houston Div. | 4:26-cv-04561 | Judge George C. Hanks, Jr. |

| 6 | ABC IP, LLC; Rare Breed Triggers, Inc.; and RBTM LLC | Dogwood Armory, LLC; Jeremey Dale Beeson; and Alyssa Lea Beeson | U.S. Patent Nos. 12,038,247, 12,031,784, 12,529,538, 12,578,159, and 12,636,403 | Super Safety | M.D. North Carolina | 1:26-cv-00498 | Judge David A. Bragdon |
|---|---|---|---|---|---|---|---|
| 7 | ABC IP, LLC; Rare Breed Triggers, Inc. | Gun Builders Depot, LLC and Chad Myers | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; and 12,636,403 | Super Safety Atrius Selector | S.D. Indiana – Indianapolis Div. | 1:26-cv-01221 | Judge Richard L. Young |
| 8 | ABC IP, LLC; Rare Breed Triggers, Inc. | Redacted Arms, LLC | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; and 12,636,403 | Super Safety | E.D. Pennsylvania – Allentown Div. | 5:26-cv-03669 | Judge Catherine Henry |
| 9 | ABC IP, LLC Rare Breed Triggers, Inc., and RBTM LLC | Antonio Choukair d/b/a Astro Tactical | U.S. Patent Nos. 12,038,247, 12,031,784, 12,529,538, 12,578,159, 10,514,223, 11,724,003, 12,036,336, 12,274,807, and 12,636,403 | Super Safety Disruptor ARC-Fire FRT Marks | S.D. Texas – Houston Div. | 4:26-cv-04309 | Judge George C. Hanks, Jr. |