**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Rare Breed Triggers Patent Litigation | MDL No. 3176 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Parties ABC IP, LLC; Rare Breed Triggers, Inc.; and RBTM LLC write to notify the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached as Exhibits 1–5.

Dated:  June 22, 2026

Respectfully submitted,

By:   */s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
E-mail: colvin@fr.com
        bruce@fr.com

Ben Christoff
FISH & RICHARDSON P.C.
1000 Maine Ave, SW, Suite 100
Washington, DC 20024
(202) 783-5070
E-mail: christoff@fr.com

Glenn D. Bellamy
Ohio Bar No. 00700321
WOOD HERRON & EVANS LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
Tel: (513) 707-0243
E-mail: gbellamy@whe-law.com

1

*Attorneys for Parties*
*ABC IP, LLC; Rare Breed Triggers, Inc.; and*
*RBTM LLC*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| In re: Rare Breed Triggers Patent Litigation | MDL No. 3176 |
|---|---|

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | Asserted Patents | Accused Product(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|---|---|
| 1 | Atrius Development Group Corporation, Inc. | ABC IP, LLC; Rare Breed Triggers, Inc.; Rare Breed Firearms LLC; Lawrence DeMonico; Kevin Maxwell; Cole Leleux; and Michael Register | U.S. Patent No. 12,636,403 | Atrius Selector | W.D. Texas – Midland | 7:26-cv-211 | Judge David Counts |
| 2 | ABC IP, LLC; Rare Breed Triggers, Inc.; and RBTM LLC | GrabAGun, LLC | U.S. Patent Nos. 12,038,247, 12,031,784, 12,578,159, 10,514,223, 11,724,003, 12,036,336, 12,274,807, and 12,636,403 | Atrius Selector Disruptor FRT Marks | N.D. Texas – Dallas | 3:26-cv-1903 | Judge Ed Kinkeade |
| 3 | ABC IP, LLC; Rare Breed Triggers, Inc.; and RBTM LLC | Shooting Targets USA, LLC and Michael Joseph Speeney III | U.S. Patent Nos. 10,514,223, 11,724,003, 12,036,336, 12,274,807, and 12,636,403 | Disruptor FRT Marks | M.D. N. Carolina – Winston-Salem | 1:26-cv-527 | Judge David A. Bragdon |
| 4 | ABC IP, LLC and Rare Breed Triggers, Inc. | TX Defense Supply, LLC and Leon L. Clark | U.S. Patent Nos. 12,038,247, 12,031,784, 12,529,538, 12,578,159, and 12,636,403 | Super Safety | W.D. Texas - Austin | 1:26-cv-1413 | Judge Andrew B. Davis |

1

| 5 | Rare Breed Triggers, Inc. and ABC IP, LLC | Advanced Threat Assessment and Training Inc. d/b/a War Hammer Armaments | U.S. Patent Nos. 12,038,247, 12,031,784, 12,529,538, 12,578,159, 10,514,223, 11,724,003, 12,036,336, 12,274,807, and 12,636,403 | Super Safety Disruptor | S. Florida – Ft. Pierce | 2:26-cv-14198 | Judge Jose E. Martinez |